IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RANDALL DALE BINGHAM,  :
          :
    Petitioner  :
          :
  v.       :
          :  NO. 7:12-CV-161 (HL)
CEDRIC TAYLOR, Warden,  :
          :  **ORDER**
    Respondent  :
          :

   Before the Court is Petitioner **RANDALL BINGHAM'S** notice of appeal (R. at 8) from the Court's December 5, 2012 Order transferring his 28 U.S.C. § 2254 petition for writ of habeas corpus to the United States District Court for the Northern District of Georgia (Doc. 5) and its December 21, 2012 Order denying his motion to reconsider the transfer.   (Doc 7).   To the extent that this notice of appeal must be treated as a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c), it is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.   *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997); 28 U.S.C. § 2253(c)(2).

   Also before the Court is Petitioner's motion for leave to proceed *in forma pauperis* on appeal.   (R. at 9).   This Court certifies that his appeal is not taken in good faith because his legal arguments are frivolous, as set forth in this Court's previous Orders transferring his petition for writ of habeas corpus and denying his motion for reconsideration.   In accordance with Federal Rule of Appellate Procedure 24(a)(3)(A), his motion to proceed *in forma pauperis* is **DENIED**.

   **SO ORDERED**, this 9th day of January, 2013.


       *s/ Hugh Lawson*
       HUGH LAWSON, JUDGE
       UNITED STATES DISTRICT COURT

lnb